# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| RANDALL A. CASTELLANI AND JOSEPH J. CORCORAN, | : | No. 369 MAL 2017 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| THE SCRANTON TIMES, L.P. T/D/B/A/ THE SCRANTON TIMES AND THE TRIBUNE AND JENNIFER HENN, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.